Pro Se 13 (Rev. 12/16) Complaint for Review of a Social Security Disability or Supplemental Security Income Decision

FILED'26 JAN 20 15:24USDC-ORM

# UNITED STATES DISTRICT COURT

for the

District of

Medford Division

|  |  |
|---|---|
| Janelle Garcia Crosby Garcia Jr<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br><br>-v-<br><br><br>Klamath Falls City police dept<br>*Defendant*<br>*(Write the full name of the current Commissioner of the Social*<br>*Security Administration. Do not include address here.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____1:26-cv-00129-MC_____<br><br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR REVIEW OF A SOCIAL SECURITY DISABILITY OR SUPPLEMENTAL SECURITY INCOME DECISION

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 13 (Rev. 12/16) Complaint for Review of a Social Security Disability or Supplemental Security Income Decision

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Crosby Garaa Jr |
| Street Address | 3611 Highway 97 #25 |
| City and County | Klamath falls    Klamath |
| State and Zip Code | Oregon    97601 |
| Telephone Number | 458 327 7057 |
| E-mail Address | |

**Last Four Digits** of Your Social Security Number *(Do not include full number)*    **3053**

### B.    The Defendant

Provide the information below for the defendant named in the complaint. Attach additional pages if needed.

Defendant *(The current Commissioner of the Social Security Administration)*

| | |
|---|---|
| Name | Kelly Hawk    feuna shurey Sarah youg Smith |
| Street Address | |
| City and County | Klamath ferlse    Klamath    RBBH |
| State and Zip Code | Oregon    97601 |
| | *(Regional Office of the Social Security Administration General Counsel.)* |
| Telephone Number | 541 8821487    883 -1030 |
| E-mail Address *(if known)* | |

## II.    Basis for Jurisdiction

This is an action seeking court review of a decision of the Commissioner of the Social Security Administration. Jurisdiction for such proceedings can be based on two statutes. If this complaint seeks review of a decision regarding Disability Insurance Benefits under Title II of the Social Security Act, jurisdiction is proper under 42 U.S.C. § 405(g). If this complaint seeks review of a decision regarding Supplemental Security Income under Title XVI of the Social Security Act, jurisdiction is proper under 42 U.S.C. § 1383(c)(3). Please check the type of claim you are filing.

| Claim Type | For Clerk's Office Use Only |
|---|---|
| ☐ Disability Insurance Benefits Claim (Title II) | COA: 42:0405id<br>NOS: 864 |
| ☑ Supplemental Security Income Claim (Title XVI) | COA: 42:1383<br>NOS: 863/864 |
| ☐ Child Disability Claim | COA: 42:0405wc<br>NOS: 863 |
| ☐ Widow or Widower Claim | COA: 42:0405ww<br>NOS: 863 |

Pro Se 13 (Rev. 12/16) Complaint for Review of a Social Security Disability or Supplemental Security Income Decision

An appeal from a decision of the Commissioner must be filed within 60 days of the date on which you received notice that the Commissioner's decision became final. When did you receive notice that the Commissioner's decision was final? *(This is likely the date on which you received notice from the Social Security Appeals Council that your appeal was denied.)*

Please attach a copy of the Commissioner's final decision, and a copy of the notice you received that your appeal was denied from the Social Security Appeals Council.

## III.    Statement of Claim

Federal courts may overturn decisions by the Commissioner of Social Security only if the decision was not supported by substantial evidence in the record or was based on legal error. Why should this court overturn the Commissioner's decision? *(Check all that apply)*

☐    The Commissioner found the following facts to be true, but these facts are not supported by substantial evidence in the record. *(Explain why the Commissioner's factual findings are not supported by substantial evidence in the record.)*

☑    The Commissioner's decision was based on legal error. *(Identify all legal errors.)*

Denials into stolen SSI Benefits, Klfc police denied Reports or any form of charges filings

Both individuals from our mail locked Box stolen Backpay to this Day My Son Crosby Garcia all Back pay Stolen and unable to make police Report & filings of prosecutions to Recieve Benefits Son clarkson with medford Social Security will not investigate to have prosecution

## IV.    Relief

State what you want the court to do *(check all that apply)*:

☑    Issue a summons directing the defendant to appear before the court.

☐    Order the defendant to submit a certified copy of the transcript and record, including evidence upon which the findings and decision are based.

☐    Modify the defendant's decision and grant monthly maximum insurance benefits to the plaintiff, retroactive to the date of initial disability.

Pro Se 13 (Rev. 12/16) Complaint for Review of a Social Security Disability or Supplemental Security Income Decision

☐     In the alternative, remand to the defendant for reconsideration of the evidence.

☐     Grant any further relief as may be just and proper under the circumstances of this case.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     _Jan 7, 2026_

Signature of Plaintiff     _Garcia_

Printed Name of Plaintiff     _Janell Garcia_

### B.     For Attorneys

Date of signing:     _Jan 7, 2026_

Signature of ~~Attorney~~ _mother_     _Garcia_

Printed Name of Attorney     _Janell Garcia_

Bar Number

Name of Law Firm

Street Address     _3611 Highway, 97 #25 Kfc 97601_

State and Zip Code     _Oregon   97601_

Telephone Number     _458 327 7067_

E-mail Address

Page 4 of 4

Joynelle Garcia
36 11 Highway 97 #25
KEo 97601

PORTLAND OR RPDC 972

13 JAN 2026   PM 6   L



FOREVER / USA

James A Redden US. Courthouse
310 W 6th St
Medford OR 97501

97501-276699