IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JANELLE GARCIA and
CROSBY GARCIA, JR.,

       Plaintiff,

v.

KLAMATH FALLS CITY POLICE DEPT.,

       Defendant.

Case. No. 1:26-cv-129-MC

ORDER

MCSHANE, Judge:

    *Pro se* plaintiffs filed a Complaint for review of a social security decision. ECF No. 1. Plaintiff did not pay the filing fee seek leave to proceed *in forma pauperis* (IFP). Even assuming plaintiff sought leave to proceed IFP, the Court is unable to make out any claim.

    This court has discretion in deciding whether to grant *in forma pauperis* status. *See O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990). To qualify for *in forma pauperis* status, a civil litigant must demonstrate both that the litigant is unable to pay court fees and that the claims the litigant seeks to pursue are not frivolous. 28 U.S.C. § 1915(a)(1), 1915(e)(2)(B)(i); *O'Loughlin*, 920 F.2d at 617.

    Plaintiffs name the Klamath Falls Police Department as the Defendant. Plaintiffs' claims are difficult to make out. It appears that Janelle Garcia believes that the Social Security

1 – Opinion & Order

Administration's denial of her (or her son's) supplemental security income was in error. The Klamath Falls Police Department, however, as a local law enforcement agency, has no role to play in the Commissioner of Social Security's determination of Plaintiff's SSI benefits.

Because Plaintiffs fail to state a claim, this action is DISMISSED.

IT IS SO ORDERED.

DATED this 29th day of January 2026.

                                                      /s/ Michael McShane
                                                      Michael McShane
                                         United States District Judge